NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is
not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1585

STEPHEN M. GRUSSMARK,

Plaintiff-Appellant,

v.

GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States District Court for the Northern District of Illinois

in CASE NO(S).04-CV-0772.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.)

AFFIRMED. See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: MAY - 4 2006

Jan Horbaly, Clerk

FILED
MAY - 8 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY - 4 2006
JAN HORBALY
CLERK

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT WITHOUT OPINION

### JUDGMENT ENTERED: 05/04/06

The judgment of the court in your case was entered today pursuant to Rule 36. This Court affirmed the judgment or decision that was appealed. None of the relief sought in the appeal was granted. No opinion accompanied the judgment. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Costs are taxed against the Appellant(s)in favor of the Appellee(s) under Rule 39. The party entitled to costs is provided a bill of costs form and an instruction sheet with this notice.

The parties are encouraged to stipulate to the costs. A bill of costs will be presumed correct in the absence of a timely filed objection.

Costs are payable to the party awarded its costs. If costs are awarded to the government, they should be paid to the Treasurer of the United States. Where costs are awarded against the government, payment should be made to the person(s) designated under the governing statutes, the court's orders, and the parties' written settlement agreements. In cases between private parties, payment should be made to counsel for the party awarded costs or, if the party is not represented by counsel, to the party pro se. Payment of costs should not be sent to the court. Costs should be paid promptly.

Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

JAN HORBALY
Clerk

cc: WILLIAM L. MENTLIK
CHRISTOPHER N. SIPES

GRUSSMARK V GLAXOSMITHKLINE, 2005-1585
DCT - ND/IL, 04-CV-0772

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is
not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1585

STEPHEN M. GRUSSMARK,

Plaintiff-Appellant,

v.

GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,

Defendant-Appellee.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 4 2006

JAN HORBALY
CLERK

## Judgment

ON APPEAL from the United States District Court for the Northern District of Illinois

in CASE NO(S).04-CV-0772.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.)

AFFIRMED. See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: MAY - 4 2006

Jan Horbaly, Clerk