NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1585

STEPHEN M. GRUSSMARK,

Plaintiff-Appellant,

v.

GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P.,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States District Court for the Northern District of Illinois

in CASE NO(S). 04-CV-0772.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, Circuit Judge, ARCHER, Senior Circuit Judge, and GAJARSA, Circuit Judge.)

AFFIRMED. See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: MAY - 4 2006

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** MAY 2 5 2006

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY - 4 2006
JAN HORBALY
CLERK

FILED
KC
MAY 3 0 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: ___ Date: 5/25/06